UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERNEST HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-1491 (ABJ) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Fed. R. Civ. P. 58, upon consideration of the Magistrate Judge's Report and Recommendation [Dkt. # 71] as well as plaintiff's objections [Dkt. # 72], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that

    1.    The Magistrate Judge's Report and Recommendation is ADOPTED;

    2.    Plaintiff's motion for summary judgment [Dkt. # 51] is DENIED;

    3.    Defendant's cross-motion for summary judgment [Dkt. # 66] is GRANTED as to the remaining portions of Counts I and II; and

    4.    Counts IV and V are DISMISSED WITHOUT PREJUDICE.

Plaintiff Ernest Hunter may re-file his state law claims in the Superior Court of the District of Columbia within thirty days of this Order. *See* 28 U.S.C. § 1367(d). This is a final appealable Order.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: November 29, 2012